Regis Fernandez, Esq.
18 Green Street, Third Floor
Newark, New Jersey 07102
(973) 297-0002 (Tel)
(973) 297-0003 (Fax)
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JULIO CESAR MARTINEZ,<br>A29-162-220,<br><br>            Petitioner,<br><br>   v.<br><br>MICHAEL MUKASEY, Attorney General of<br>the United States;<br>MICHAEL CHERTOFF, Secretary for the<br>Department of Homeland Security;<br>THE UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES ("USCIS");<br>EMILIO T. GONZALEZ, USCIS Director;<br>JOHN THOMPSON, USCIS Newark, New<br>Jersey District Director,<br>ROBERT S. MUELLER, III, Director, Federal<br>Bureau of Investigations ("FBI"),<br><br>            Respondents. | Civ. No. 08-2354 (PGS)<br><br><br>**ORDER** |

Upon consideration of the filing of a notice of dismissal by the plaintiff pursuant to Rule

41, Fed. R. Civ. P., it is hereby ORDERED that the instant action is hereby DISMISSED.

Dated: ____9/9/08____

_____
Peter G. SHERIDAN, USDCJ